# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:15-mj-568-CWH |
| vs. | ) | **ORDER MODIFYING BOND** |
| CARLA CHAMBERS, | ) | |
| Defendant. | ) | |

The Appearance Bond entered July 1, 2015, (CM/ECF Entry No. 8) is modified as follows: the condition that the defendant shall be supervised by the United States Pretrial Services Office in Las Vegas, Nevada is **stricken**.

**It is ordered** that the defendant shall be supervised by the United States Probation Office in Las Vegas, Nevada.

**It is further ordered** that all other bond conditions imposed July 1, 2015, shall remain in full effect.

DATED this  15  day of July, 2015.

_____
C.W. HOFFMAN, JR
United States Magistrate Judge